UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER EARL ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:17-CV-344-FL |
| ROBERT M. SPEER, *Secretary,* ) | |
| *Department of the Army* ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion to dismiss, pursuant to Federal Rule of Civil Procedure 12(b)(6).

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 15, 2018, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is GRANTED and Plaintiff's claims are DISMISSED against defendant.

**This Judgment Filed and Entered on May 15, 2018, and Copies To:**
Alexander C. Kelly (via CM/ECF Notice of Electronic Filing)
Rudy E. Renfer (via CM/ECF Notice of Electronic Filing)


May 15, 2018                         PETER A. MOORE, JR., CLERK
                                     /s/ Sandra K. Collins
                                     (By) Sandra K. Collins, Deputy Clerk